UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

-against-

Maxim Marchenko,

Defendant.

-----------------------------------------------------------x

**MEMORANDUM**

7:24-cr-00116-NSR

TO: Hon., United States District Judge Nelson S. Román:

Please find attached a transcript of the 2/29/2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: March 27, 2024
White Plains, New York

Respectfully Submitted,

s/ Victoria Reznik

VICTORIA REZNIK
United States Magistrate Judge