LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

April 12, 2024

*Via ECF*
Honorable Nelson S. Román
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Maxim Marchenko*
24-Cr-116 (NSR)

Dear Judge Román:

I am writing with the consent of the Government, to request that Mr. Marchenko's sentencing be adjourned from June 6, 2024 to July 17, 2024. The reason for the request is that this additional time is necessary to competently and adequately prepare Mr. Marchenko's sentencing memorandum.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Shiva Logarajah (via ECF)